**Edward SANCHEZ, Plaintiff–Appellant**

v.

**RODNEY CHANDLER, Warden, Defendant–Appellee.**

**No. 13–11318**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

June 10, 2014.

Edward Sanchez, Fort Worth, TX, pro se.

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

Edward Sanchez, federal prisoner # 35757–044, appeals the district court's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

order construing his 28 U.S.C. § 2241 petition as a 28 U.S.C. § 2255 motion and transferring his case to the Eastern District of Missouri. This court must examine the basis of its jurisdiction sua sponte if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). As the order in question is interlocutory and does not fall within the parameters of the collateral order doctrine, we lack jurisdiction to review it. *See Brinar v. Williamson*, 245 F.3d 515, 516–18 (5th Cir.2001). Sanchez's appeal is therefore DISMISSED FOR LACK OF JURISDICTION.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.